IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **DARIUS JACKSON, DYLAN SAGO, BRIANNA WILLIAMS, and DEVIN JACKSON,**<br><br>    Plaintiffs,<br><br>v.<br><br>**MISSOURI DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S DIVISION, et al.**<br><br>    Defendants. | Cause No.: 4:23-cv-822<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, pursuant to FED. R. CIV. P. 41(a), hereby voluntarily dismiss their causes of action against Defendant Missouri Department of Social Services, Children's Division ("Defendant"), without prejudice. Because Defendant has neither answered nor filed a motion for summary judgment, this dismissal does not require a stipulation or court order. *See* FED. R. CIV. P. 41(a)(1)(A)(i). Further, because Plaintiffs have not previously dismissed any federal- or state-court action based on or including the same claim, the dismissal is without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

Respectfully Submitted,

**THE SIMON LAW FIRM, P.C.**

By:   */s/ Patrick R. McPhail*
       Kevin M. Carnie Jr. #60979
       Patrick R. McPhail, #70242
       800 Market Street, Suite 1700
       St. Louis, MO 63101
       (314) 241-2929
       Fax: (314) 241-2029
       kcarnie@simonlawpc.com

[pmcphail@simonlawpc.com](mailto:pmcphail@simonlawpc.com)
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2023, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Patrick R. McPhail*
Patrick R. McPhail