IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DARIUS JACKSON, DYLAN SAGO, BRIANNA WILLIAMS, and DEVIN JACKSON,<br><br>    Plaintiffs,<br><br>v.<br><br>MISSOURI ALLIANCE FOR CHILDREN AND FAMILIES, LLC, et al.,<br><br>    Defendants. | Cause No.: 4:23-cv-822<br><br>JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Darius Jackson, Dylan Sago, Brianna Williams and Devin Jackson and Defendants Missouri Alliance for Children and Families, LLC and Alicia Dickerson (collectively "the parties") hereby stipulate to the dismissal of Plaintiffs' claims against Defendants Alicia Dickerson (Counts V-VI of the Complaint), Antonio Clark and Shakina Dawkins (Counts VII-VIII of the Complaint), each party to bear their own costs and attorneys' fees. The parties further stipulate to the dismissal of Count III of the Complaint against Defendant Missouri Alliance for Children and Families, LLC.

Count IV against Missouri Alliance for Children and Families, LLC remains pending.

Dated:  August 27, 2025                                    Respectfully Submitted,

**THE SIMON LAW FIRM, P.C.**

By:  */s/ Patrick R. McPhail*
Kevin M. Carnie Jr.  #MO60979
Patrick R. McPhail, #MO70242
1001 Highlands Plaza Dr., Suite 300
St. Louis, MO 63110
(314) 241-2929
Fax: (314) 241-2029
kcarnie@simonlawpc.com
pmcphail@simonlawpc.com
*Attorneys for Plaintiffs*

By:  */s/ Dennis S. Harms (w/ permission)*
Dennis S. Harms, #58937MO
Tayler B. Finneran, #73626MO
Sandberg Phoenix & von Gontard P.C.
701 Market Street, Suite 600
St. Louis, MO 63101-1826
(314) 231-3332
Fax: (314) 241-7604
dharms@sandbergphoenix.com
tfinneran@sandbergphoenix.com
*Attorneys for Defendants Missouri Alliance for Children and Families, LLC and Alicia Dickerson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2025, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Patrick R. McPhail*
Patrick R. McPhail